# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEREMY SIMON,
ADC #140229                                           PLAINTIFF

v.                         No. 5:17-cv-71-DPM-JTK

ROY GRIFFIN, Deputy Director,
ADC Health Services; JASON KELLY,
Health Services Administrator, Varner
Unit; CASHMON, Warden, Varner Unit;
DAY, Major, Varner Unit; and VINCENT,
Ms., Nurse, Correctional Care Services                DEFENDANTS

## ORDER

Embedded motion to dismiss Defendant Cashmon, № 6 at 6, granted.

Simon's claims against Cashmon are dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 April 2017