IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY SIMON,
ADC #140229                                                      PLAINTIFF

v.                        No. 5:17-cv-71-DPM-JTK

ROY GRIFFIN, Deputy Director, ADC
Health Services; JASON KELLY, Health
Services Administrator, Varner Unit;
DAY, Major, Varner Unit; and VINCENT,
Ms., Nurse, Correctional Care Services                           DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Simon hasn't updated his address; and the time to do so has passed. № 21. His mail is still being returned undelivered. № 22. Defendants' motion to dismiss for failure to prosecute is therefore granted. № 23. Simon's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017