IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY SIMON,
ADC #140229                                                              PLAINTIFF

v.                          No. 5:17-cv-71-DPM

ROY GRIFFIN, Deputy Director, ADC
Health Services; JASON KELLY, Health
Services Administrator, Varner Unit;
CASHMON, Warden, Varner Unit;
DAY, Major, Varner Unit; and VINCENT,
Ms., Nurse, Correctional Care Services                                  DEFENDANTS

## JUDGMENT

Simon's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017